JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP HIDALGO,<br><br>  Plaintiff,<br><br>  vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No.: EDCV08-01662 VAP (PJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 18, 2009

*Virginia A. Phillips*
_____
HONORABLE VIRGINIA A. PHILLIPS
Judge of the U.S. District Court

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE